IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| YOUNG AUTOMOTIVE GROUP, LLC, a Utah limited liability company; CENTER OF EXCELLENCE, LLC, a Utah limited liability company,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY SERVICES, INC., a New York Corporation,<br>　　　　　　　　Defendant. | ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE<br><br><br><br>Case No. 1:23-cv-127<br><br>Judge Ted Stewart<br>Magistrate Judge Dustin B. Pead |

　　　　Plaintiffs filed their Complaint against Defendant on December 4, 2023. On March 18, 2024, the Magistrate Judge issued an Order to Show Cause for failure to serve Defendant within the 90-day time period prescribed by Fed. R. Civ. P. 4(m). The Magistrate Judge warned Plaintiffs that failure to show cause as to why the case should not be dismissed for failure to effect timely service and prosecute within seven days of the order may result in a recommendation that the action be dismissed.[1] Plaintiffs failed to respond to the Order to Show Cause or to take any other action. The Court will therefore dismiss this matter without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

---

[1] Docket No. 5.

DATED  August 5, 2024.

                                         BY THE COURT:

                                         _____

                                         TED STEWART
                                         United States District Judge